IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a/s/o Jeff and Stefanie Lapel;<br><br>Plaintiff,<br><br>vs.<br><br>TITEFLEX CORPORATION,<br><br>Defendant. | 8:20CV399<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Ryan J. Coufal, as counsel of record for Defendant, (Filing No. 22), is granted. Ryan J. Coufal shall no longer receive electronic notice in this case.

Dated this 3rd day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge